UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERENICE DENA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN LAWRENCE AGOSTINO, et al.,<br><br>　　　　Defendants. | Case No. CV 14-3819 UA<br><br>**ORDER SUMMARILY REMANDING**<br><br>**IMPROPERLY-REMOVED ACTION** |

　　　The Court will remand this unlawful detainer action to state court summarily because Defendants removed it improperly.

　　　On May 16, 2014, Defendants John Lawrence Agostino and Kimberly Agostino, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal ("Notice") to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed.

\\

To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not allege facts supporting either diversity or federal question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005). Defendants' notice of removal appears to assert that removal is proper based upon federal question jurisdiction. (Notice at 2). However, a review of the Notice reveals that if any federal question exists, it exists only as an affirmative defense. (Id.). As such, the action cannot be removed to federal court. Merrell Dow Pharmaceuticals, Inc. v. Thompson, 478 U.S. 804, 808 (1986) ("[a] defense that raises a federal question is inadequate to confer federal jurisdiction.").

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

    Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, South District-Long Beach, 275 Magnolia Avenue, Long Beach, CA 90802, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

    IT IS SO ORDERED

DATED: June 6, 2014

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

3